# EXHIBIT 1

# EXHIBIT 1

**reviewjournal.com**



Powered by Clickability

Click to Print

SAVE THIS | EMAIL THIS | Close

Aug. 27, 2010
Copyright © Las Vegas Review-Journal

## EDITORIAL: As the wind blows

Wind power really blows.

Consider two stories from this week.

First, Air Force and Pentagon officials held a three-day forum in Las Vegas to dial back the rush to develop renewable resources all over Southern Nevada -- and especially within and around the 12,000 square miles of airspace controlled by Nellis Air Force Base.

Windmills, in particular, are so disruptive to radar signals that they could render the country's biggest and best air defense training range useless.

"We need to be able to use the range as an outdoor laboratory," said Col. Steven Garland, commander of the 99th Air Base Wing at Nellis. "We've got 68 years of investing in this pristine outdoor laboratory. You can't replace it anywhere else in the United States."

Of course, the whole reason so many wind farms have been proposed all over the United States is the promise that they'll reduce carbon emissions and help states reach arbitrary, mandated renewable benchmarks to stave off a hoaxed global warming catastrophe.

But it turns out, the Defense Department is doing taxpayers and ratepayers a favor by vetoing a number of wind farms. As Robert Bryce wrote this week in The Wall Street Journal, "a slew of recent studies show that wind-generated electricity likely won't result in any reduction in carbon emissions -- or that they'll be so small as to be almost meaningless."

Wind power, heavily subsidized by taxpayers and far more expensive than electricity generated by fossil fuels, is intermittent. No wind, no electricity. So utilities have to either keep conventional plants running all the time as backup, or constantly shut them down and fire them up, depending on whether the wind is blowing, to keep everyone's lights on.

Mr. Bryce reports that this "cycling" of conventional power plants is so inefficient that it negates whatever emissions reductions are realized by turning wind turbines.

"Wind energy gives people a nice, warm, fuzzy feeling that we're taking action on climate change," Kevin Forbes, director of the Center for the Study of Energy and Environmental Stewardship, told Mr. Byrce. "The reality is that it's not doing much of anything."

This is Senate Majority Leader Harry Reid's big pitch for reviving Nevada's economy, the reason voters should return him to Washington: the siren song of "green jobs."

No thanks.

**Find this article at:**
http://www.lvrj.com/opinion/as-the-wind-blows-101631118.html

Click to Print

SAVE THIS | EMAIL THIS | Close

☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 2

# EXHIBIT 2

Home    RSS    Sitemap    Friday, 10 September 2010        search...



"The only thing more dangerous than ignorance is arrogance."
—Albert Einstein

HOME    NEWS BY CATEGORY    TEMPERATE FACTS    LINKS    ABOUT/ADVERTISE    CONTACT

**Clean Coal Technology** Advancing coal methods to produce electricity with near-zero emission  AmericasPower.org
**Renewable Energy Sources** GE is investing in renewable energy from wind, solar and geo thermal!  ecomagination.com/r
**Wind Energy Training** Earn an Associates Degree in Wind Energy in 15 Months at Redstone.  www.Redstone.edu/WindEn

Ads by Google

Home › Editorials › As the wind blows

## As the wind blows
WRITTEN BY LAS VEGAS REVIEW-JOURNAL | 27 AUGUST 2010

Wind power really blows.

Consider two stories from this week.

First, Air Force and Pentagon officials held a three-day forum in Las Vegas to dial back the rush to develop renewable resources all over Southern Nevada -- and especially within and around the 12,000 square miles of airspace controlled by Nellis Air Force Base.

Windmills, in particular, are so disruptive to radar signals that they could render the country's biggest and best air defense training range useless.

"We need to be able to use the range as an outdoor laboratory," said Col. Steven Garland, commander of the 99th Air Base Wing at Nellis. "We've got 68 years of investing in this pristine outdoor laboratory. You can't replace it anywhere else in the United States."

Of course, the whole reason so many wind farms have been proposed all over the United States is the promise that they'll reduce carbon emissions and help states reach arbitrary, mandated renewable benchmarks to stave off a hoaxed global warming catastrophe.

But it turns out, the Defense Department is doing taxpayers and ratepayers a favor by vetoing a number of wind farms. As Robert Bryce wrote this week in The Wall Street Journal, "a slew of recent studies show that wind-generated electricity likely won't result in any reduction in carbon emissions -- or that they'll be so small as to be almost meaningless."

Wind power, heavily subsidized by taxpayers and far more expensive than electricity generated by fossil fuels, is intermittent. No wind, no electricity. So utilities have to either keep conventional plants running all the time as backup, or constantly shut them down and fire them up, depending on whether the wind is blowing, to keep everyone's lights on.

Mr. Bryce reports that this "cycling" of conventional power plants is so inefficient that it negates whatever emissions reductions are realized by turning wind turbines.

"Wind energy gives people a nice, warm, fuzzy feeling that we're taking action on climate change," Kevin Forbes, director of the Center for the Study of Energy and Environmental Stewardship, told Mr. Bryce. "The reality is that it's not doing much of anything."

This is Senate Majority Leader Harry Reid's big pitch for reviving Nevada's economy, the reason voters should return him to Washington: the siren song of "green jobs."

No thanks.

Source

0   tweet



Please help offset our server and hosting costs and keep our site running! Any amount is welcome.

Donate



Stalk us on Twitter!

Get a Daily Digest via Email

Enter your email address:

Subscribe

Delivered by FeedBurner

### Latest Comments

- Phew! I thought I was going to have to introduce you to cmb. My comment was ad h... More...
- I apologize, my comments were directed at CMB and I cut and pasted the wrong quo... More...
- So go ahead, name me three actual scientists by actual name who deny AGW theory.... More...
- www.middlebury.net/op-ed/global-warming-01.html (http://www.middlebury.net/op-ed... More...




**# Gary**   2010-08-27 16:01

Soooo refreshing to read an honest appraisal of this silly waste of money and effort.

We have a Windmill on our building along with a Solar array. Together they cost $70k or so. the breakeven projections range from a best of 30 years to a more realistic 300 years.
Now given that neither device will last more than 30 years, (if that) these thing are just for Show and a total waste.

Their combined output on a good day is enough to run the lights in the main board room.

Reply | Reply with quote | Quote | Report to Admin


**# amirlach**   2010-08-27 16:28

Maybe the Air Force can make "Stealth" Windmills at a Billion a pop. Then they won't bugger up the Radar in the test range.

They should recoup the investment in a few million years.

Reply | Reply with quote | Quote | Report to Admin


**# Ralph**   2010-08-27 21:37

**PFI - Offshore deals tests banks as wind drops**

LONDON (Project Finance International) - Two projects in the embryonic but fast growing offshore wind sector are currently seeking debt finance. The sponsors, large European utilities, want to transfer construction risk on the deals to the banks to keep the

financings off their balance sheets. A further test for the financiers is the fact UK wind speeds have been at 180 year record lows this year - raising concerns about the reliability of wind as an energy source.

It's not windy

The deals are being launched as it has become clear 2010 has been a bad year for UK wind speeds, perhaps the worse since 1821. Wind speeds clearly have a direct impact on energy MW yields from wind.

A recent report from wind consultancy Garrad Hassan said UK wind yields have dropped this year to perhaps a 1 in 15 year event due to stable high pressure. Energy levels from wind dropped 27.8% in the first quarter compared with the average and 18.3% in the second quarter - compared with a 5% drop in the last quarter of 2009 and a 15.7% increase in the third quarter of 2009. The North Atlantic Oscillation index has been measured since 1821 and this correlates with the Garrad Hassan wind index which itself been in existence for 15 years. The NAO index numbers for the 4 months from December 2009 to March 2010 were the most negative since 1821.

www.reuters.com/article/idUSLDE67Q0Z320100827

Reply | Reply with quote | Quote | Report to Admin


**# John**   2010-08-28 04:37

You've got to love nature...

Reply | Reply with quote | Quote | Report to Admin

Refresh comments list
RSS feed for comments to this post

## Add comment

Avoid profanities/foul language. Stay on topic and PLAY NICE. Threats are not tolerated. Long links are shortened but still work. Emails not shown. PLEASE report all spam/inappropriate comments using the **'Report to Admin'** link.

[          ] Name (required)

[          ] E-mail (required, but will not display)

---

- Energy and Environment, fake denialist journal, with an editor who attends Heart... More...
- That's a typo. I meant show where it's wrong. More...
- What has the paper I gave you got to do with 'The Great Global Warming Swindle'... More...
- Eddie, your point is what? More...



Who's Online Now
We have 1654 guests online

Ads by Google

**Wind Energy Training**
Earn an Associates Degree in Wind Energy in 15 Months at Redstone.
www.Redstone.edu/WindEner

**Jobs in Climate Research**
With Excellent Facilities at Wageningen University
www.jobsat.wur.nl

**2010 Wind Power Report**
4 wind energy companies set to soar in 2010 and beyond. Free report.
www.InvestmentU.com/Wind

**Nordic Energy Solutions**
The official showcase for wind power from the Nordic Region.
www.nordicenergysolutions.o

**Wind Turbine Training**
Become a Wind Turbine Technician in just 6 months! Hands on training.
www.nw-rei.com

Siemens Home

3500 symbols left

☐ Notify me of follow-up comments

Refresh

**Send**

JComments


advert





Copyright © 2010 Climate Change Fraud
Privacy Policy

# EXHIBIT 3

# EXHIBIT 3

*-APPLICATION-*

# Title
**Title of Work:** As the wind blows

# Completion/Publication
**Year of Completion:** 2010

**Date of 1st Publication:** August 27, 2010       **Nation of 1st Publication:** United States

# Author
- **Author:** Stephens Media LLC

  **Author Created:** text

  **Work made for hire:** Yes

  **Citizen of:** United States       **Domiciled in:** United States

# Copyright claimant
**Copyright Claimant:** Righthaven LLC

9960 West Cheyenne Avenue, Suite 210, Las Vegas, NV, 89129-7701, United States

**Transfer Statement:** By written agreement

# Rights and Permissions
**Organization Name:** Righthaven LLC

**Name:** Chief Executive Officer

**Email:** sgibson@righthaven.com       **Telephone:** 702-527-5900

**Address:** 9960 West Cheyenne Avenue

Suite 210

Las Vegas, NV  89129-7701  United States

# Certification

                       **Name:** Steven A. Gibson

                       **Date:** September 22, 2010

**Applicant's Tracking Number:** 0002098

**Registration #:**

**Service Request #:**   1-491084222

**Application Date:**   09-22-2010 21:30:04

# Correspondent

**Organization Name:**   Righthaven LLC

**Name:**   Steven A. Gibson

**Address:**   9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701 United States

# Mail Certificate

Righthaven LLC
Steven A. Gibson
9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701  United States