Date: Feb. 28, 2011

Thomas Neveu
23 Boutwell Street, Apt. 1
Dorchester, MA 02122
617-265-7279

Lance S. Wilson
Deputy Clerk to the Court
Lloyd D. George U.S. Courthouse
333 S. Las Vegas Blvd. South
Las Vegas, NV 89101

Re: Official Complaint
Case number: 2:10-cv-01674-GMN-LRL

Dear Mr. Wilson:

I am currently a pro se defendant in dispute with Righthaven LLC. On Jan. 14, I provided medical documentation from a licensed physician to Righthaven stating that I was unable to participate in any discovery conferences for at least six months. I was also prescribed medication that impairs my ability to think cognitively. All of this and supporting medical documents were sent to Righthaven in mid-January via email, a form of communication they told me they preferred from the outset.

The Righthaven lawyer who I am primarily filing this complaint against is Shawn Mangano (Nevada Bar #: 6730), who is an attorney for Righthaven. I do not know if he is an internal employee or an external hire. After receiving my medical information, he then proceeded to engage in unethical and unprofessional behavior, as well as using threatening tactics in order to supersede my legal rights, all via email.

He then filed a motion on Feb. 14, 2011, that I never received, entitled Righthaven's Discovery Plan and Scheduling Order. Since I never received this, nor had an opportunity to respond, Mr. Mangano once more engaged in tactics wholly unprofessional and mislead the Court in most of his statements. Since I never responded to the motion (knowing nothing about it), the scheduling order was signed by the judge and the Court sent me a copy. Imagine my surprise to learn of Mr. Mangano's circuitous route to bypass my legal rights. I was also in the process of composing a motion to seal my medical records when I learned of this.

My second complaint (as indicated above) is that the Plaintiff, Righthaven, is not sending me motions as required by law and I am only learning about them at the last possible moment, either by chance or by the Court, or not at all. There have actually been two I never even knew about, and quite possibly more. They also made my medical condition a "public" document even though I requested they treat it confidentially. I have recently filed motions for a stay, a competency

1

hearing, and a seal of my medical circumstances, which I would have done much sooner if I knew that Righthaven and Mr. Mangano would make public my medical disability. I am currently seeking employment, receive no benefits or unemployment insurance, have been relying on the Commonwealth of Mass. State agencies for food assistance, the AAC.org for rental and fuel assistance, all of which has forced me to represent myself pro se. Their making my situation public will likely affect the outcome negatively if a potential employer does a simple Google search.

I also learned that on Dec. 29, 2010, a motion to "dismiss my counterclaim" was filed by Righthaven, whereby I was not informed, either by email or U.S. Mail. It was only on February 18, 2011, that the Court surreptitiously sent me the information. Because I had no knowledge of this motion, I'm concerned my response may have been too late as indicated by Righthaven's Feb. 18, 2011, notice to the Court of "counterclaimaint's failure to oppose motion to dismiss and request for immediate dismissal." I find it deplorable that my alleged failure to oppose their motion on time was caused by their unethical behavior and not making me aware of its existence.

Since Dec. 2010, Righthaven, and more specifically Mr. Mangano, have engaged in continuously unprofessional behavior in an attempt to take advantage of my pro se status and squeeze a settlement out of me. Mr. Mangano even had the audacity, after being provided with documentation from my Doctor, to grant a discovery extension for two months if I dismissed my counterclaim. In other words, he tried to blackmail me into dropping my countersuit. All of which I have in his emails to me.

Thank you in earnest for any help you can provide me in this very unsettling situation directly attributable to Righthaven and Mr. Mangano's behavior. As this complaint contains confidential medical information, I ask that it be treated as such and not made available in the public domain.

If indicated, please forward this official complaint against Righthaven and Mr. Mangano to the assigned judge.

Any supporting legal documents have either been filed by Righthaven or myself. Please find attached the email chain showing these tactics, specifically those of Mr. Mangano. I can also categorically state under penalty of perjury that any replies to motions I did learn of were promptly responded to, notarized, and sent to the Court and Righthaven via certified mail.

Sincerely,

Thomas Neveu
Pro Se Defendant

2

**Subject:** Re: Righthaven v. Thomas Neveu - Notice of FRCP 26(f) Case Conference
**Date:** Saturday, January 22, 2011 8:32:44 AM ET
**From:** Tom Neveu
**To:** shawn@manganolaw.com
**CC:** Steve Ganim, Anne Pieroni, Colby Williams

Mr. Mangano,

As stated and documented previously, I am currently under psychiatric care for debilitating psychological disorders. I am also now taking medication that impairs my ability to think cognitively. For these reasons, and under my Doctor's strict orders, I will not be engaging in any discovery discussions with Righthaven until this condition has resolved itself. If Righthaven continues to harass me and tries to take advantage of my impaired faculties, and because I am pro se, I will file a complaint with the District court regarding Righthaven's extremely unprofessional behavior and these unnecessary intimidation tactics. The emails I have received from you, specifically since I made Righthaven aware of my condition, will also be submitted. I will also file a formal complaint with the Nevada Bar Association referencing these same facts. Righthaven's continued coercion is worsening my condition and will be medically documented.

Regards,
Tom Neveu

--
23 Boutwell Street, Floor 1
Boston, MA  02122

p.: (617) 265-7279
e. tom_neveu@comcast.net

**From:** <shawn@manganolaw.com>
**Date:** Fri, 21 Jan 2011 13:43:06 -0700
**To:** Tom Neveu <tom_neveu@comcast.net>
**Cc:** Steve Ganim <sganim@righthaven.com>, Anne Pieroni <APieroni@righthaven.com>, Colby Williams <jcw@campbellandwilliams.com>
**Subject:** RE: Righthaven v. Thomas Neveu – Notice of FRCP 26(f) Case Conference

Mr. Neveu:

Your consent is not required to proceed with the conference. The conference is mandated by Federal Rule of Civil Procedure 26(f), as well as our local rules of civil practice before the United States District Court for the District of Nevada.

Regards,

S

Shawn A. Mangano, Esq.
Shawn A. Mangano, Ltd.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129
(702) 304-0432 - telephone
(702) 922-3851 - facsimile

*Licensed in California, Nevada and Illinois*

-------- Original Message --------
Subject: Re: Righthaven v. Thomas Neveu - Notice of FRCP 26(f) Case Conference
From: Tom Neveu <tom_neveu@comcast.net>
Date: Fri, January 21, 2011 5:51 am
To: <shawn@manganolaw.com>

Dear Mr. Mangano,
I did explain to you my circumstances. I do not approve or consent to you going ahead with the conference.
Regards,
Tom Neveu
--
23 Boutwell Street, Floor 1
Boston, MA 02122

p.: (617) 265-7279
e. tom_neveu@comcast.net

---

**From:** <shawn@manganolaw.com>
**Date:** Thu, 20 Jan 2011 16:46:24 -0700
**To:** Tom Neveu <tom_neveu@comcast.net>
**Cc:** Steven Ganim <SGanim@righthaven.com>, Charles Coons <CCoons@righthaven.com>, Colby Williams <jcw@campbellandwilliams.com>
**Subject:** RE: Righthaven v. Thomas Neveu – Notice of FRCP 26(f) Case Conference

Mr. Neveu:

Given the lack of a response to my e-mail concerning a stay of this case given your current mental health condition, Righthaven is moving forward with the case conference in this matter. The case conference will be conducted at 11:00 a.m. PST on Tuesday, January 25th. You may participate via telephone via the information provided below:

Conference Dial-in Number: (712) 775-7300
Host Access Code: 227858*
Participant Access Code: 227858#

Regards,

S

Shawn A. Mangano, Esq.
Shawn A. Mangano, Ltd.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129
(702) 304-0432 - telephone
(702) 922-3851 - facsimile
*Licensed in California, Nevada and Illinois*

```
-------- Original Message --------
Subject: RE: Righthaven v. Thomas Neveu
From: <shawn@manganolaw.com>
Date: Fri, January 14, 2011 10:08 am
To: "Tom Neveu" <tom_neveu@comcast.net>
Cc: "Steven Ganim" <SGanim@righthaven.com>, "Charles Coons"
<CCoons@righthaven.com>, "Colby Williams" <jcw@campbellandwilliams.com>
```

Mr. Neveu:

You have filed a motion to dismiss in this case and you are under an obligation to proceed with litigating this matter absent a stipulation agreed to by the parties or entry of a Court order staying the litigation. The letter you have attached may support the Court granting you some form of relief, but I am not inclined to agree to stay this case for six months under the hopes that your mental condition improves.

We will re-schedule the Rule 26(f) telephonic case conference in this case for next week. You are encouraged to participate or have counsel do so on your behalf. Please keep in mind that YOU filed a counterclaim against Righthaven, LLC ("Righthaven") and a third party complaint against Stephens Media, LLC ("Stephens"). As such, this is not a case where you were mere defending claims brought against you. Rather, you have chosen to seek affirmative legal recourse against Righthaven and Stephens, both of which have incurred and will continue to incur legal fees defending your baseless claims.

In view of the foregoing, Righthaven proposes a 60-day stay of the litigation in consideration of you dropping your Counterclaim against Righthaven and your third-party complaint against Stephens *with prejudice*. If, at the expiration of 60-days, you contend your medical condition has not sufficiently improved to defend this action, then Righthaven will consider a further extension of time provided you disclose, under confidential conditions, the medical records related to your apparent condition. Upon review of those records, Righthaven may additionally request that you undergo an independent medical examination to confirm your condition.

Mr. Neveu, those are the conditions being presented for a stay of this action. These are not points open for negotiation. If you do not agree to the foregoing conditions, then feel free to ask the Court for a stay, which Righthaven and Stephens will likely oppose. You have until the close of business today to respond to this proposal with either your approval or your disapproval.

Regards,

S

Shawn A. Mangano, Esq.
Shawn A. Mangano, Ltd.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129
(702) 304-0432 - telephone

(702) 922-3851 - facsimile
*Licensed in California, Nevada and Illinois*

-------- Original Message --------
Subject: Re: Righthaven v. Thomas Neveu
From: Tom Neveu <tom_neveu@comcast.net>
Date: Fri, January 14, 2011 9:46 am
To: Charles Coons <CCoons@righthaven.com>
Cc: Steven Ganim <SGanim@righthaven.com>,
"shawn@manganolaw.com"
<shawn@manganolaw.com>

Dear Mr. Coons,

Please find attached a copy of the letter from my physician, Dr. Accardi. I trust you will respect her expert opinion and allow me the necessary time to recover before we proceed further in this matter. I must ask that you keep all such personal medical information confidential between us. I am currently out of work due to my worsening health and any unauthorized release of this information into the public domain may jeopardize my future chances of employment.

Yours sincerely,
Thomas Neveu

..
23 Boutwell Street, Floor 1
Boston, MA 02122

p.: (617) 265-7279
e. tom_neveu@comcast.net

**From:** Charles Coons <CCoons@righthaven.com>
**Date:** Thu, 13 Jan 2011 09:25:30 -0800
**To:** Tom Neveu <tom_neveu@comcast.net>
**Cc:** Steven Ganim <SGanim@righthaven.com>, "shawn@manganolaw.com" <shawn@manganolaw.com>
**Subject:** RE: Righthaven v. Thomas Neveu

Dear Mr. Neveu:

Thank you for the response and the information. We offered a week extension, but if that is not adequate to accommodate your situation, please advise us of how long you estimate you will need to be ready to proceed.

We need to file a notice or stipulation with the Court today, to inform them of our request to extend the time to continue with this litigation. Additionally, we do not want to let the Court designated deadline pass without informing the Court of the situation. Please let us know your specific time request for the extension.

Best regards,
Charles

J. Charles Coons, Esq.
Assistant General Counsel
RIGHTHAVEN LLC
Conquistador Business Park
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129
Main: (702) 527-5900
Fax: (702) 527-5909

---

**From:** Tom Neveu [mailto:tom_neveu@comcast.net]
**Sent:** Thursday, January 13, 2011 5:23 AM
**To:** Charles Coons
**Cc:** Steven Ganim; shawn@manganolaw.com
**Subject:** Re: Righthaven v. Thomas Neveu

Dear Righthaven,

Re: Civil Action No: 2:10-cv-01674,

As stated before, I regret to advise you that I have been taken ill and will not be able to participate in the conference this afternoon. I am currently unable to work or engage in demanding cognitive tasks. I'm seeing my physician, Dr. Accardi, later today who is treating me for a pyschiatric problem which has worsenedrecently. I trust you will understand the need for me to recover sufficiently before proceeding in the above matter. I will, of course, provide yourselves and the court with all necessary medical evidence to affirm this unfortunate development.

Regards,
Tom Neveu

--
23 Boutwell Street, Floor 1
Boston, MA 02122

p.: (617) 265-7279
e. tneveu@gmail.com

---

**From:** Charles Coons <CCoons@righthaven.com>
**Date:** Wed, 12 Jan 2011 15:48:22 -0800
**To:** Tom Neveu <tom_neveu@comcast.net>
**Cc:** Steven Ganim <SGanim@righthaven.com>, "shawn@manganolaw.com" <shawn@manganolaw.com>
**Subject:** RE: Righthaven v. Thomas Neveu

Dear Mr. Neveu:

Transmitted with this email is a joint stipulation to extend the time to hold the Rule 26(f) conference by one calendar week. As you know, the deadline to hold the conference and submit the

joint discovery plan is January 13, 2011. Please confirm your approval of the stipulation and we will file the document with your electronic signature ("/s/ Thomas Neveu"). Please call Righthaven if you have any questions or concerns.

Please note that if we do not hear from you or you are unable to respond in regards to this matter, we will file the stipulation by Thursday, January 13, 2011 at noon and include youremail below as evidence of the extension request for confirmation to the Court.

Best regards,
Charles

J. Charles Coons, Esq.
Assistant General Counsel
RIGHTHAVEN LLC
Conquistador Business Park
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129
Main: (702) 527-5900
Fax: (702) 527-5909

---

**From:** Tom Neveu [mailto:tom_neveu@comcast.net]
**Sent:** Wednesday, January 12, 2011 1:30 PM
**To:** Carlyn Dilger
**Cc:** Charles Coons; Steven Ganim; shawn@manganolaw.com
**Subject:** Re: Righthaven v. Thomas Neveu

Ms Dilger,
I have taken ill and will not be able to participate in the conference tomorrow. I'm seeing my doctor tomorrow and will have a better idea how serious my condition is at that time, and any steps I will need to take.
Thank you,
Tom

---

**From:** Carlyn Dilger <CDilger@righthaven.com>
**Date:** Tue, 21 Dec 2010 11:18:28 -0800
**To:** Tom Neveu <tom_neveu@comcast.net>
**Cc:** Charles Coons <CCoons@righthaven.com>, Steven Ganim <SGanim@righthaven.com>, "shawn@manganolaw.com" <shawn@manganolaw.com>
**Subject:** RE: Righthaven v. Thomas Neveu

Mr. Neveu:

On **Thursday, January 13, 2011 at 2:00 p.m. (EST)** please call into the following conference line: **712-775-7300**. Your access code will be **227858#**. Should you have any questions please feel free to contact our office.

Best regards,

## Carlyn Dilger
*Paralegal*
RIGHTHAVEN LLC
Conquistador Business Park
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129
Main: (702) 527-5900
Fax: (702) 527-5909
E-mail: CDilger@righthaven.com

---

**From:** Tom Neveu [mailto:tom_neveu@comcast.net]
**Sent:** Monday, December 20, 2010 6:07 AM
**To:** Carlyn Dilger
**Cc:** Charles Coons; Steven Ganim
**Subject:** Re: Righthaven v. Thomas Neveu

Ms. Dilger,

I should be available Jan. 13 at 2 pm. Please confirm. Thank you.

Tom Neveu
--
23 Boutwell Street, Floor 1
Boston, MA  02122

p.: (617) 265-7279

---

**From:** Carlyn Dilger <CDilger@righthaven.com>
**Date:** Fri, 17 Dec 2010 11:58:11 -0800
**To:** Tom Neveu <tom_neveu@comcast.net>
**Cc:** Charles Coons <CCoons@righthaven.com>; Steven Ganim <SGanim@righthaven.com>
**Subject:** RE: Righthaven v. Thomas Neveu

Mr. Neveu:

Our office is unable to conduct the Early Case Conference call for the times you have provided. We are however available between January 10th through the 14th at 2:00 p.m. (EST). Please advise if one of these days will fit to your schedule.

Best regards,

## Carlyn Dilger
*Paralegal*

Case 2:10-cv-01674-GMN -LRL   Document 31   Filed 03/08/11   Page 10 of 10

RIGHTHAVEN LLC
Conquistador Business Park
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129
Main: (702) 527-5900
Fax: (702) 527-5909
E-mail: CDilger@righthaven.com

---

**From:** Tom Neveu [mailto:tom_neveu@comcast.net]
**Sent:** Wednesday, December 15, 2010 4:41 PM
**To:** Charles Coons; Steven Ganim
**Cc:** Carlyn Dilger
**Subject:** Re: Righthaven v. Thomas Neveu

To Charles Coons/Steven Ganim:

The dates proposed in your attached PDF are inconvenient due to the holidays. As of now, I am available on the 4th, 5th, or 6th of January at 2 pm (EST) for an approximately 60-minute phone call. Please let me know if any of the dates listed above work. Thank you.

Thomas Neveu
--
23 Boutwell Street, Floor 1
Boston, MA  02122

p.: (617) 265-7279

---

**From:** Carlyn Dilger <CDilger@righthaven.com>
**Date:** Wed, 15 Dec 2010 10:57:39 -0800
**To:** "tom_neveu@comcast.net" <tom_neveu@comcast.net>
**Cc:** Charles Coons <CCoons@righthaven.com>, Steven Ganim <SGanim@righthaven.com>
**Subject:** Righthaven v. Thomas Neveu

Dear Mr. Neveu:

Please seeattached. The same is being sent to you via U.S. Mail.


Best regards,

# Carlyn Dilger
*Paralegal*
RIGHTHAVEN LLC
Conquistador Business Park
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129
Main: (702) 527-5900
Fax: (702) 527-5909
E-mail: CDilger@righthaven.com