SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
Tel: (702) 683-4788
Fax: (702) 922-3851

ANNE E. PIERONI, ESQ.
Nevada Bar No. 9650
apieroni@righthaven.com
*Counsel at Righthaven LLC*
RIGHTHAVEN LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Tel.: (702) 527-5900
Fax: (702) 527-5909

*Attorneys for Righthaven LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS NEVEU, an individual,<br><br>    Defendant. | Case No.: 2:10-cv-01674-GMN-LRL<br><br>**NOTICE OF NON-OPPOSITION TO THOMAS NEVEU'S MOTION TO SEAL AND MOTION TO STAY (Doc. ## 22, 23) WITH CERTIFICATE OF SERVICE** |
| THOMAS NEVEU, an individual,<br><br>    Counter-claimant,<br><br>v.<br><br>RIGHTHAVEN LLC, a Nevada limited-liability company; and STEPHENS MEDIA LLC, a Nevada limited-liability company,<br><br>    Counter-defendants. | |

Righthaven LLC ("Righthaven") hereby submits its non-opposition to Defendant/

Counter-Claimant Thomas Neveu's ("Mr. Neveu") Motion to Stay Proceedings for Six Months

Pending Competency Hearing & Psychiatric Evaluation (Doc. # 22), and Motion to Seal Case (Doc. # 23).  Righthaven has no opposition to a stay of these proceedings should the Court find that Mr. Neveu's asserted medical condition justifies such action.  Righthaven's position in this regard is wholly consistent with its position when advised by Mr. Neveu of his asserted condition – he was advised to ask the Court for a stay, which he has now done.

With regard to Mr. Neveu's Motion to Seal the Case (Doc. # 23), Righthaven takes no position as to whether this action is warranted.  Righthaven certainly has no interest in seeing that any confidential materials are disclosed in this action.  This is precisely the underlying purpose for Righthaven seeking entry of stipulated protective orders in all actively litigated matters in this judicial district.  Moreover, contrary to Mr. Neveu's letter to this Court, Righthaven has not publicly filed or otherwise publicly disclosed the contents of any confidential records provided by Mr. Neveu in this case.

Dated this 14th day of March, 2011.

SHAWN A. MANGANO, LTD.

By: /s/ Shawn A. Mangano
SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada  89129-7701
Tel: (702) 304-0432
Fax: (702) 922-3851

ANNE E. PIERONI, ESQ.
Nevada Bar No. 9650
apieroni@righthaven.com
*Counsel at Righthaven LLC*
RIGHTHAVEN LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Tel.: (702) 527-5900
Fax: (702) 527-5909

*Attorneys for Righthaven LLC*

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that on this 14th day of March, 2011, I caused **NOTICE OF NON-OPPOSITION TO THOMAS NEVEU'S MOTION TO SEAL AND MOTION TO STAY (Doc. ## 22, 23) WITH CERTIFICATE OF SERVICE** to be to be served by the Court's CM/ECF system, as well as deposited in a sealed envelope, a copy of in the United States Mail, with first-class postage affixed thereto, to the following persons on March 15, 2011:

Thomas Neveu
23 Boutwell Street
Dorchester, MA 02122-2513

SHAWN A. MANGANO, LTD.

By: /s/ Shawn A. Mangano
SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701