UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| RIGHTHAVEN, LLC, | ) | Case No.: 2:10-cv-01674-GMN-LRL |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| THOMAS NEVEU, et al., | ) | |
| Defendants. | ) | |
| AND RELATED COUNTER-CLAIM. | ) | |

Before the Court is Defendant/Counter-Claimant Thomas Neveu's Motion to Stay Proceedings for Six Months Pending Competency Hearing and Psychiatric Evaluation (ECF 22), and Defendant's Motion to Seal Case (ECF 23).  Plaintiff/Counter-Defendant Righthaven, LLC filed its Non-Opposition to Mr. Neveu's Motion to Stay and Motion to Seal Case (ECF 34) on March 14, 2011.

The Court having read the pleadings and papers on file herein, and good cause appearing therefore, hereby makes the following Orders:

**IT IS HEREBY ORDERED** that Defendant/Counter-Claimant Thomas Neveu's Motion to Stay Proceedings for Six Months Pending Competency Hearing and Psychiatric Evaluation (ECF 22) is hereby **GRANTED**.  The above-referenced matter is hereby **STAYED for six (6) months** from the date of this Order.

**IT IS FURTHER ORDERED** that Defendant/Counter-Claimant Thomas Neveu's Motion to Seal Case (ECF 23), is hereby **DENIED**, as moot.

**IT IS FURTHER ORDERED** that during the pendency of the stay in this case, all pending motions (ECFs 26, 27, 30 and 33) are hereby **DENIED without prejudice**,

1 and may be re-asserted once the stay has been lifted in this case.

2      DATED this 18th day of March, 2011.

_____
Gloria M. Navarro
United States District Judge