CAMPBELL & WILLIAMS
DONALD J. CAMPBELL, ESQ. (1216)
J. COLBY WILLIAMS, ESQ. (5549)
700 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540
Email: djc@campbellandwilliams.com
       jcw@campbellandwilliams.com

Attorneys for Counterdefendant
Stephens Media, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>           Plaintiff,<br><br>v.<br><br>THOMAS NEVEU, an individual,<br><br>           Defendant. | Case No.: 2:10-cv-01674-GMN-LRL<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**AND ORDER** |
| THOMAS NEVEU, an individual,<br><br>           Counterclaimant,<br><br>v.<br><br>RIGHTHAVEN LLC, a Nevada limited-liability company; and STEPHENS MEDIA LLC, a Nevada limited-liability company,<br><br>           Counterdefendants. | |

WHEREAS, Plaintiff Righthaven, LLC ("Righthaven") filed a Complaint [Dkt. No. 1] alleging claims for copyright infringement against Defendant Thomas Neveu ("Neveu") on September 27, 2010;

WHEREAS, Mr. Neveu filed an Answer to Righthaven's Complaint and a Counterclaim against Righthaven and Stephens Media, LLC ("Stephens Media") [Dkt. No. 9] on December 13, 2010;

WHEREAS, the Court entered a six-month stay of proceedings in this action on March 18, 2011 [Dkt. No. 36] due, in part, to certain health issues being experienced by Mr. Neveu;

WHEREAS, the Court's six-month stay of proceedings recently expired;

WHEREAS, the parties recently consulted regarding the status of the above-referenced manner, including the condition of Mr. Neveu's health; and

WHEREAS, the parties have concluded that the continuation of this action may adversely impact Mr. Neveu's health and welfare and that it is in the best interests of all parties to resolve this matter.

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) that the Complaint filed by Righthaven and the Counterclaim filed by Mr. Neveu shall both be voluntarily dismissed, with prejudice, each party to bear their own respective attorney's fees and costs.

Dated this 23rd day of September, 2011.

| THOMAS NEVEU | RIGHTHAVEN LLC |
|---|---|
| By: /s/ **Thomas Neveu**<br>THOMAS NEVEU | By: /s/ **Shawn A. Mangano**<br>SHAWN A. MANGANO, ESQ |
| 21 Boutwell Street, Floor 1<br>Boston, Massachusetts 02122<br>Tel. 616-265-7279<br>E-mail: tom_neveu@comcast.net<br>*Pro Se* | Shawn A. Mangano, Esq.<br>Shawn A. Mangano, Ltd.<br>9960 West Cheyenne Avenue, Suite 170<br>Las Vegas, Nevada 89129<br>Attorneys for Plaintiff/Counterdefendant<br>RIGHTHAVEN LLC |
| | STEPHENS MEDIA LLC |
| | By: /s/ **J. Colby Williams**<br>J. COLBY WILLIAMS, ESQ |
| | J. Colby Williams, Esq.<br>Campbell & Williams<br>700 South Seventh Street<br>Las Vegas, Nevada 89101<br>Attorneys for Counterdefendant<br>STEPHENS MEDIA LLC |

## ORDER

**IT IS SO ORDERED** this 25th day of September, 2011.

_____
Gloria M. Navarro
United States District Judge